# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KATRINA MAE FRIEL                                                PLAINTIFF


V.                            NO. 1:11CV00062 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 25th day of June, 2012.


_____
UNITED STATES MAGISTRATE JUDGE